AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

### APPEARANCE

Case Number: 04m-1069-361

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luis Fraza

| | |
|---|---|
| 5/26/04 | _[signature]_ |
| Date | Signature |
| | Paul A. Farini 631406 |
| | Print Name |
| | 23 main st |
| | Address |
| | Andover  MA  01810 |
| | City / State / Zip Code |
| | (978) 749-8908 |
| | Phone Number |