AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

__Luis Erazo__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __04m-1069__

I, __Luis Erazo__, charged in a ☒ complaint ☐ petition pending in this District __Massachusetts__ in violation of _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

__5/28/04__
Date

_____
Counsel for Defendant