# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs.   )<br>)<br>)<br>LUIS ERAZO   )<br>   Defendant.   ) | CRIMINAL DOCKET<br>#1:04-MJ-01069-JGD-ALL |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes, Luis Erazo the above named defendant and respectfully requests that this Honorable Court modify the existing conditions of his release. On May 28, 2004 the Court ordered with the government's consent the release of Mr. Erazo with the condition of weekly in-person reporting, electronic monitoring and the posting of a fifty thousand-dollar bond secured by real estate. The defendant along with the assent of the government( AUSA Pelgro) is requesting that the electronic bracelet be removed and that he report by telephone once per week to pre-trial services.

Respectfully submitted
By his attorney,

Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808

## CERTIFICATE OF SERVICE

I Attorney Paul A. Farina of 23 Main St. Andover hereby certify that on this 10th day of August 2005 did deliver by first class mail postage pre-paid a copy of the above motion to:

Mike Pelgro, Esq.
United States Attorney Office
John Joseph Moakley Federal Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Christopher R. Wylie
U.S. Pre-trial Services Officer
John Joseph Moakley Federal Courthouse
Suite 1300
1 Courthouse Way
Boston, MA 02210

Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808