# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -7 P 3: 1

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DOCKET |
| | ) | #1:04-MJ-01069-JGD-ALL |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| LUIS ERAZO | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COMPLAINT

Now comes, Luis Erazo the above named defendant and respectfully requests that this Honorable Court dismiss the pending complaint. On May 28, 2004 the Court ordered with the government's consent the release of Mr. Erazo with the condition of weekly in-person reporting, electronic monitoring and the posting of a fifty thousand-dollar bond secured by real estate. The defendant has not been indicted and approximately sixteen months have gone by without any action. The defendant has been on the bracelet and his family has indured financial hardship due to the mortgaging of the family home. At this time we are asking this Honorable Court to dismiss the pending action against the above named defendant.

Respectfully submitted

By his attorney,

Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808

## **CERTIFICATE OF SERVICE**

     I Attorney Paul A. Farina of 23 Main St. Andover hereby certify that on this 10th day of August 2005 did deliver by first class mail postage pre-paid a copy of the above motion to:

Mike Pelgro, Esq.
United States Attorney Office
John Joseph Moakley Federal Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Christopher R. Wylie
U.S. Pre-trial Services Officer
John Joseph Moakley Federal Courthouse
Suite 1300
1 Courthouse Way
Boston, MA 02210

                                        Paul A. Farina, Esq.
                                        23 Main Street
                                        Andover, MA 01810
                                        (978)749-8808