UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 APR 11 P 12:00

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA   )
                           )   CRIMINAL DOCKET
                           )   #1:04-MJ-01069-JGD-ALL
                           )
        vs.                )
                           )
                           )
                           )
LUIS ERAZO                 )
        Defendant.         )

4/10/06 Allowed
Judith Gail Dein, USMJ

## MOTION TO DISCHARGE MORTGAGE OF REAL PROPERTY

Now comes, Luis Erazo the above named defendant and respectfully requests that this Honorable Court discharge the real property mortgage which was allowed on May 28, 2004. The case against Mr. Erazo has been dismissed and the family home was used to secure a fifty thousand-dollar bond to assure the defendants appearance. The defendant's mother is trying to refinance the property and the lender will not allow the mortgage until the note has been discharged.

Respectfully submitted
By his attorney,

Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808