# DISCHARGE OF MORTGAGE

I, **Clerk of Courts, as authority for the United States District Court of Massachusetts**, the Holder of a Mortgage

From Dominga Castro, of 176-178 Water Street, Lawrence, Essex County, Massachusetts

Dated May 26, 2004

In the Original principal amount of $50,000.00

Recorded with Essex North Registry of Deeds at **Book 8826, Page 111**

Securing property at **176-178 Water Street, Lawrence, MA** upon Order of the Court

Hereby acknowledge satisfaction of the same and release any rights secured by said Mortgage thereunder.

Executed as a sealed instrument this _____ day of May 5, 2006.

_____          _Sarah A. Thornton_
**Witness**                        **Clerk of Courts**
                                   **United States District Court**
                                   **Of Massachusetts**


# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                      May 5th, 2006

On this 5th day of May 2006, before me, the undersigned notary public, personally appeared the above-named Clerk of Court SARAH THORNTON proved to me through satisfactory evidence of identification, ~~which were~~ _____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public
My Commission Expires: 12/1/08